**No. 11-122. Innovair Aviation Limited, Petitioner v. United States.**

565 U.S. 1147, 132 S. Ct. 999, 181 L. Ed. 2d 790, 2012 U.S. LEXIS 567.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied. The Chief Justice and Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 632 F.3d 1336.

▬▬▬

**No. 11-350. NATSO, Inc., et al., Petitioners v. 3 Girls Enterprises, Inc., et al.**

565 U.S. 1147, 132 S. Ct. 1004, 181 L. Ed. 2d 790, 2012 U.S. LEXIS 436.

January 9, 2012. Motion of Rutherford Institute for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 641 F.3d 470.